COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:          01-14-00762-CV

Style:          In the Matter of B.D.S.

Date motion filed[*]:      December 16, 2014

Type of motion:      Third Motion for Extension of Time to File Reporter's Record

Party filing motion:      Court reporter

Document to be filed:      Reporter's Record

Is appeal accelerated?      No

If motion to extend time:

    Original due date:      October 13, 2014

    Number of extensions granted:    2      Current Due date:  December 15, 2014

    Date Requested:      January 15, 2015

Ordered that motion is:

    ☑ Granted

        If document is to be filed, document due:  January 15, 2015

        ☑    No further extensions of time will be granted absent extraordinary circumstances.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

    **Because the reporter stated that she has been busy with a large capital murder record in our court, her third motion for extension of time to file the reporter's record is granted until January 15, 2015, but no further extensions will be granted absent extraordinary circumstances.**

Judge's signature: /s/ Laura C. Higley
        ☒ Acting individually    ☐ Acting for the Court
Panel consists of _____

Date:  December 18, 2014

November 7, 2008 Revision